**No. 10-1502. APP Pharmaceuticals, LLC, Petitioner v. Navinta LLC.**

565 U.S. 825, 132 S. Ct. 115, 181 L. Ed. 2d 39, 2011 U.S. LEXIS 5450.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 625 F.3d 1359.